| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 15 CR 769-06 (AJN) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 8:21-cr-268-TPB-SPF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Ricardo Hill 243 Red Maple Place Brandon, Florida 33510 | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Alison J. Nathan | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 29, 2018 | TO January 28, 2022 |

OFFENSE: **Ct 1:** Conspiracy to Operate an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. 371, a Class D Felony; **Ct2:** Operation of an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. 1960, a Class D Felony; **Ct 3:** Conspiracy to Commit Financial Institution Bribery, to Make False Statements, and to Obstruct the Examination of a Financial Institution, in violation of 18 U.S.C. 371, a Class D Felony; **Ct 4:** Making Corrupt Payments with Intent to Influence an Officer of a Financial Institution, in violation of 18 U.S.C. 215(a)(1), a Class B felony; **Ct 5:** Conspiracy to Commit Wire Fraud and Bank Fraud, in violation of 18 U.S.C. 1349, a Class C Felony; **Ct 6:** Wire Fraud, in violation of 18 U.S.C. 1343 and 1349, a Class C Felony; and **Ct 7:** Bank Fraud, in violation of 18 U.S.C. 1344 and 1349, a Class C Felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

September 20, 2019
Date

*/s/ Alison J. Nathan*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "MIDDLE DISTRICT OF FLORIDA"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        _____
Effective Date                          United States District Judge

Ricardo Hill 4 2920773 - JGL
Docket Number: 15 CR 769-06 (AJN)

SEP 2 3 2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*JUDICIAL RESPONSE*

### THE COURT ORDERS:

☑ Transfer of Jurisdiction to the Middle District of Florida is APPROVED

☐ Transfer of Jurisdiction to the Middle District of Florida is DENIED

☐ Other:

_____

September 20, 2019
Date

Honorable Alison J. Nathan
U.S. District Judge